AO 10
Rev. 1/2014

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>PANUTHOS, PETER J. | 2. Court or Organization<br><br>U.S. TAX COURT | 3. Date of Report<br><br>05/15/2014 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>CHIEF SPECIAL TRIAL JUDGE | 5a. Report Type (check appropriate type)<br><br>☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2013<br>to<br>12/31/2013 |

**7. Chambers or Office Address**

400 SECOND ST., N.W.
WASH., D.C. 20217

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| PANUTHOS, PETER J. | 05/15/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. Fall 2013 | UDC Law School - Teaching | $4,500.00 |
| 2. Spr 2013 | Georgetown University Law School - Teaching | $3,000.00 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2013 | Self-employed Writer |
| 2. 2013 | Professor - Univ. of Delaware |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | National Association of Enrolled Agents | 8/4 - 8/6/2013 | Las Vegas, NV | Speaker | Reimbursement for travel, meals & lodging |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| PANUTHOS, PETER J. | 05/15/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑  NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐  NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- | --- |
| 1. | JP Morgan Chase Bank | Mortgage on Rental Property-- | M |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PANUTHOS, PETER J. | 05/15/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Fed. Choice ▨ Account | A | Interest | L | T | | | | | |
| 2. Sun Trust Money Market, ▨ | A | Interest | K | T | | | | | |
| 3. Wells Fargo Bank., ▨ Acct., ▨ | A | Interest | J | T | | | | | |
| 4. Sun Trust ▨ Account, ▨ | A | Interest | J | T | | | | | |
| 5. Wells Fargo Bank, ▨ acct. ▨ | A | Interest | J | T | | | | | |
| 6. Westwood Rochester Co. ▨ ) | C | Interest | J | T | | | | | |
| 7. Westgate Barrington ▨ | D | Interest | J | T | | | | | |
| 8. West Brookside ▨ | D | Interest | J | T | | | | | |
| 9. Lippett Escondido Trust | B | Interest | J | W | | | | | |
| 10. Rental Property-W. Babylon, NY | E | Rent | N | W | | | | | |
| 11. Midland Nat. Life | B | Interest | K | T | | | | | |
| 12. (H) ▨ -IRA) | | | | | | | | | |
| 13. DFA U.S. Core Equity 1 I | A | Dividend | | | Sold | 01/18/13 | K | B | |
| 14. DFA Intl Core Equity I | A | Dividend | | | Sold | 01/18/13 | J | A | |
| 15. Highbridge Dync Commodities | A | Dividend | K | T | Buy | 01/23/13 | K | | |
| 16. Nuveen Preferred Securities I | A | Dividend | J | T | Buy | 01/18/13 | J | | |
| 17. Highbridge Dync Commodities | A | Dividend | | | Sold | 12/26/13 | K | D | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PANUTHOS, PETER J. | 05/15/2014 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Credit Suisse Commodity Ret. | A | Dividend | K | T | Buy | 12/27/13 | K | | |
| 19. (H) ▨▨▨ | | | | | | | | | |
| 20. DFA Emerging Markets Core Equity I | A | Dividend | K | T | Buy (add'l) | 07/10/13 | K | | |
| 21. DFA Intl Core Equity I | A | Dividend | K | T | Buy (add'l) | 07/10/13 | L | | |
| 22. DFA U.S. Core Equity 1 I | A | Dividend | K | T | Buy (add'l) | 10/29/13 | K | | |
| 23. Schwab Money Market Fund | A | Dividend | | | Sold | 01/07/13 | J | A | |
| 24. Fidelity Money Market | A | Dividend | J | T | Buy | 01/01/13 | J | | |
| 25. Highbridge Dync Commodities Strat Sel | A | Dividend | K | T | Buy | 10/29/13 | K | | |
| 26. ING Global Real Estate I | A | Dividend | K | T | Buy | 10/29/13 | K | | |
| 27. iShares Russell 3000 Index | A | Dividend | K | T | Buy | 07/10/13 | K | | |
| 28. Nuveen Preferred Securities | A | Dividend | K | T | Buy | 07/10/13 | K | | |
| 29. PIMCO High Yield Instl | A | Dividend | J | T | Buy | 07/10/13 | J | | |
| 30. PIMCO Unconstrained Bond Inst | A | Dividend | J | T | Buy | 07/10/13 | J | | |
| 31. Vanguard Inflation-Protected | A | Dividend | J | T | Buy | 07/10/13 | J | | |
| 32. Vanguard Short Term T/E Adm | A | Dividend | K | T | Buy | 07/10/13 | K | | |
| 33. Credit Suisse Cushing 30 MLP Idx | A | Dividend | | | Buy | 07/10/13 | J | | |
| 34. | | | | | Sold | 10/25/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **PANUTHOS, PETER J.** | 05/15/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. Highbridge Dync Commodities Strat Sel | A | Dividend | | | Sold | 12/26/13 | K | A | |
| 36. Credit Suisse Commodity Ret. Strat Co. | A | Dividend | K | T | Buy | 12/27/13 | K | | |
| 37. (H) ▮ -IRA) | | | | | | | | | |
| 38. DFA U.S. Micro-Cap | A | Dividend | | | Sold | 01/18/13 | J | A | |
| 39. DFA U.S. Core Equity 1 I | A | Dividend | | | Sold | 01/18/13 | K | A | |
| 40. DFA Intl Core Equity I | A | Dividend | | | Sold | 01/18/13 | J | A | |
| 41. Nuveen Preferred Securities I | A | Dividend | J | T | Buy | 01/19/13 | J | | |
| 42. Highbridge Dync Commodities Strat Sel | A | Dividend | | | Buy | 01/23/13 | K | | |
| 43. | | | | | Sold | 12/26/13 | J | A | |
| 44. Credit Suisse Commodity Ret. Strat Co. | A | Dividend | J | T | Buy | 12/27/13 | J | | |
| 45. ( ▨ | | | | | | | | | |
| 46. DFA Emerging Markets Core Equity I | B | Dividend | K | T | Buy<br>(add'l) | 01/18/13 | K | | |
| 47. DFA U.S. Core Equity 1 I | A | Dividend | L | T | | | | | |
| 48. JP Morgan Alerian MLP Idx ETN | B | Dividend | K | T | | | | | |
| 49. PIMCO High Yield Instl | B | Dividend | K | T | | | | | |
| 50. DFA Intl Core Equity I | B | Dividend | L | T | Buy<br>(add'l) | 01/18/13 | K | | |
| 51. Schwab Money Market Fund | A | Dividend | | | Sold | 01/18/13 | M | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PANUTHOS, PETER J. | 05/15/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52.  Schwab Money Market Fund | D | Dividend | | | Sold | 01/18/13 | K | A | |
| 53.  Schwab Money Market Fund | A | Dividend | | | Sold | 01/15/13 | K | A | |
| 54.  Schwab Money Market Fund | A | Dividend | | | Sold | 01/18/13 | K | A | |
| 55.  Schwab Money Market Fund | A | Dividend | | | Sold | 01/18/13 | J | A | |
| 56.  Schwab Money Market Fund | A | Dividend | | | Sold | 01/18/13 | J | A | |
| 57.  ING Global Real Estate W | A | Dividend | K | T | Buy | 01/18/13 | K | | |
| 58.  JP Morgan Alerian MLP Idx | A | Dividend | L | T | Buy | 01/18/13 | L | | |
| 59.  PIMCO Unconstrained Bond Inst | A | Dividend | L | T | Buy | 01/18/13 | L | | |
| 60.  Vanguard Interim Term T/E Adm | A | Dividend | M | T | Buy | 01/18/13 | M | | |
| 61.  Vanguard Short Term T/E Adm | A | Dividend | L | T | Buy | 01/18/13 | L | | |
| 62.  PIMCO Incm Instl | A | Dividend | L | T | Buy | 08/27/13 | L | | |
| 63.  PIMCO Unconstrained Bond Inst | A | Dividend | | | Sold | 08/27/13 | L | B | |
| 64.  JP Morgan Alerian MLP Idx | A | Dividend | | | Sold | 10/22/13 | L | D | |
| 65.  DFA US Core Equity 11 | A | Dividend | | | Sold | 11/12/13 | K | B | |
| 66.  Credit Suisse Commodity Return Strat Co | A | Dividend | J | T | Buy | 12/27/13 | J | | |
| 67.  Fidelity Cash Reserves | A | Dividend | J | T | Buy | 01/18/13 | J | | |
| 68.  (H) ▓▓▓▓▓▓ | | | | | | | | | |

| 1. Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| PANUTHOS, PETER J. | 05/15/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. i Shares Russell 2000 Index | A | Dividend | J | T | | | | | |
| 70. Schwab Money Market Fund | B | Dividend | | | Sold | 01/18/13 | K | A | |
| 71. DFA Intl Core Equity I | A | Dividend | L | T | Buy (add'l) | 12/23/13 | M | | |
| 72. DFA U.S. Core Equity 1 I | B | Dividend | L | T | Buy (add'l) | 12/23/13 | M | | |
| 73. i Shares MSCI EAFE Small Cap Index | A | Dividend | J | T | | | | | |
| 74. Vanguard Inflation-Indexed Securities | A | Dividend | | | Sold | 01/18/13 | K | A | |
| 75. Schwab Money Market Fund | A | Dividend | | | Sold | 01/18/13 | J | A | |
| 76. PIMCO High Yield Instl | A | Dividend | K | T | Buy | 01/18/13 | K | | |
| 77. DFA Emerging Markets Core Equity I | A | Dividend | K | T | Buy | 12/23/13 | K | | |
| 78. Nuveen Preferred | A | Dividend | J | T | Buy | 01/19/13 | J | | |
| 79. ▨ | | | | | | | | | |
| 80. Schwab Money Market Fund | A | Dividend | | | Sold | 01/18/13 | K | A | |
| 81. TD Bank | A | Int./Div. | | | Sold | 01/18/13 | J | A | |
| 82. ▨ | | | | | | | | | |
| 83. Total Bond Market Fund | A | Dividend | | | Sold | 01/18/13 | J | A | |
| 84. Short Term Invest. Grade | A | Dividend | | | Sold | 01/18/13 | J | A | |
| 85. FDIC-Insured Sav. Acct. | A | Dividend | | | Sold | 01/18/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PANUTHOS, PETER J. | 05/15/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 86. Schwab Money Market Fund | B | Dividend | | | Sold | 01/18/13 | J | A | |
| 87. Schwab Money Market Fund | B | Dividend | | | Sold | 01/18/13 | J | A | |
| 88. ( ▒▒▒▒▒▒ | | | | | | | | | |
| 89. DFA Emerging Mkt. Core Equity I | A | Dividend | K | T | Buy | 10/22/13 | K | | |
| 90. DFA Intl Core Equity I | A | Dividend | L | T | Buy | 10/23/13 | L | | |
| 91. DFA US Core Equity II | A | Dividend | M | T | Buy | 10/23/13 | M | | |
| 92. Highbridge Dync Comdts Strat Sel | A | Dividend | J | T | Buy | 10/23/13 | J | | |
| 93. ING Global Real Estate I | A | Dividend | K | T | Buy | 10/23/13 | K | | |
| 94. PIMCO Diversified Income | A | Dividend | K | T | Buy | 10/23/13 | K | | |
| 95. Vanguard Short Term Inv-Grade Adm | A | Dividend | K | T | Buy | 10/23/13 | K | | |
| 96. Highbridge Dync Comdts Adm Sel | A | Dividend | | | Sold | 12/23/13 | J | | |
| 97. Credit Suisse Commodity Return Strat Co | A | Dividend | J | T | Buy | 12/27/13 | J | | |
| 98. (H) ▒▒▒▒▒▒ | | | | | | | | | |
| 99. Credit Suisse Commodity Return Strat Co | A | Dividend | J | T | Buy | 12/28/13 | J | | |
| 100. DFA Intl Core Equity | A | Dividend | J | T | Buy | 10/10/13 | J | | |
| 101. DFA Core Equity | A | Dividend | J | T | Buy | 10/10/13 | J | | |
| 102. DFA Emerging Mkt. Core | A | Dividend | J | T | Buy | 10/10/13 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,000 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

FINANCIAL DISCLOSURE REPORT

Page 10 of 12

Name of Person Reporting

PANUTHOS, PETER J.

Date of Report

05/15/2014

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. ING Global Real Estate I | A | Dividend | J | T | Buy | 10/10/13 | J | | |
| 104. PIMCO High Yield | A | Dividend | J | T | Buy | 10/10/13 | J | | |
| 105. PIMCO Unconstrained Bond Inst | A | Dividend | J | T | Buy | 10/10/13 | J | | |
| 106. Vanguard Short Term Bd Mkt Idx | A | Dividend | J | T | Buy | 10/10/13 | J | | |
| 107. Vanguard Total Bd Mkt Idx Signal | A | Dividend | J | T | Buy | 10/10/13 | J | | |
| 108. Vanguard Inflation Protected | A | Dividend | J | T | Buy | 10/10/13 | J | | |
| 109. Trust #1 | A | Interest | | | Sold | 07/08/13 | M | A | |
| 110. - Fidelity Money Market | A | Dividend | | | Sold | 07/08/13 | O | A | |
| 111. - Real Estate, Clearwater FL | | None | | | Sold | 01/01/13 | M | C | |
| 112. - Real Estate, Dunellon, FL | | None | J | W | | | | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| PANUTHOS, PETER J. | 05/15/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

#34 (2012 report) should have been part of #33. It has been eliminated on 2013 report. [DFA Intl Core Equity 1 - A; Div.; J; T)

#36 & 37 on 2012 report (#s 51 & 52 of 2013 report) - Column C(1) incorrectly listed a value of O & O. Should have been M & K respectively. Likewise Column D(3) should have been M & K respectively.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ PETER J. PANUTHOS

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544